IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-1489-EWN-BNB

BROADBAND MANAGEMENT SOLUTIONS, LLC, a Delaware limited liability company,

Plaintiff,

v.

DISH NETWORK SERVICE, LLC, a Colorado limited liability company, formerly known as DISH Network Service corporation,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Stipulated Motion to Vacate Settlement Conference** (the "Motion"), filed on July 6, 2005.

IT IS ORDERED that the Motion is GRANTED and the Settlement Conference set for July 13, 2005, is **VACATED**, to be reset upon the request of the parties.