IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 04–cv–01489–EWN–BNB

BROADBAND MANAGEMENT SOLUTIONS, LLC,
a Delaware limited liability company,

    Plaintiff,

v.

DISH NETWORK SERVICE L.L.C.,
a Colorado limited liability company, formerly known
as DISH Network Service Corporation,

    Defendant.

---

## MINUTE ORDER

EDWARD W. NOTTINGHAM, Judge
Jamie L. Hodges, Secretary

The "Stipulated Motion to Vacate Hearing Date on Cross Motions for Summary Judgment until after Briefing Is Completed" filed November 7, 2005, is GRANTED. The hearing scheduled for Friday, December 9, 2005, is vacated and rescheduled for Friday, **February 10, 2006**, from 9:00 o'clock a.m. to 9:15 o'clock a.m.

Dated: November 8, 2005