IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 04–cv–01489–EWN–BNB

BROADBAND MANAGEMENT SOLUTIONS, LLC,
a Delaware limited liability company,

      Plaintiff,

v.

DISH NETWORK SERVICE L.L.C.,
a Colorado limited liability company, formerly known
as DISH Network Service Corporation,

      Defendant.

## MINUTE ORDER

EDWARD W. NOTTINGHAM, Judge
Jamie L. Hodges, Secretary

The "Stipulated Motion Regarding Summary Judgment Briefing Schedule and Completion of Outstanding Deposition, and to Vacate February 10, 2006 Hearing on Summary Judgment Motions" filed December 9, 2005, is DENIED because the court does not consider the stated reasons to be good cause in these circumstances. The parties have had ample time to settle, and it is inexplicable that the seek yet another delay

Dated: December 12, 2005