IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 04–cv–01489–EWN–BNB

BROADBAND MANAGEMENT SOLUTIONS, LLC,
a Delaware limited liability company,

    Plaintiff,

v.

DISH NETWORK SERVICE L.L.C.,
a Colorado limited liability company, formerly known
as DISH Network Service Corporation,

    Defendant.

## MINUTE ORDER

EDWARD W. NOTTINGHAM, Judge
Jamie L. Hodges, Secretary

The "Unopposed Motion For The Court To Accept Defendant's Statement of Undisputed Facts and Exhibits Thereto As Submitted and Filed" (#51, filed May 4, 2005) is DENIED as moot in light of the court's "Order and Memorandum of Decision" (#104, filed February 16, 2006).

Dated: February 28, 2006