IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 04–cv–01489–EWN–BNB

BROADBAND MANAGEMENT SOLUTIONS, LLC,
a Delaware limited liability company,

      Plaintiff,

v.

DISH NETWORK SERVICE L.L.C.,
a Colorado limited liability company, formerly known
as DISH Network Service Corporation,

      Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the court on the "Motion and Stipulation of Dismissal with Prejudice" (#109) filed March 31, 2006. The court having read the Motion and Stipulation filed herein, and now being fully advised in the premises, it is

    **ORDERED**

1.    This action be and hereby is DISMISSED, with prejudice, each party to pay his, her or its own costs and attorneys' fees herein expended.

2. The final pretrial conference scheduled for Friday, March 31, 2006, is VACATED.

DATED this 31st day of March, 2006.

                                          BY THE COURT:

                                          s/ Edward W. Nottingham
                                          EDWARD W. NOTTINGHAM
                                          United States District Judge